# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                        **Case No.  6:04-cr-152-Orl-28KRS**

**JAMES T. O'NEAL, JR.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **UNITED STATES' UNOPPOSED RENEWED MOTION TO TAKE VIDEOTAPE DEPOSITION OF UNAVAILABLE WITNESS (Doc. No. 61)** |
| **FILED:** | **September 1, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The United States represents that Donald Massey will be unavailable to testify at trial due to

"serious health problems." Doc. No. 61 at 3.  Accordingly, they seek permission to take his testimony

by videotape deposition pursuant to Federal Rule of  Criminal Procedure 15.  Counsel for the

defendant does not oppose the motion.  _Id_. at 1.

"Depositions generally are disfavored in criminal cases. . . . Nevertheless, the Federal Rules

of Criminal Procedure expressly authorize parties to take depositions and use them at trial, when doing

so is necessary to achieve justice and may be done consistent with the defendant's constitutional

rights." _United States v. Drogoul_, 1 F.3d 1546, 1551 (11th Cir. 1993) (internal citations omitted).

"The burden is on the moving party to establish exceptional circumstances justifying the taking of depositions. . . . Whether to authorize depositions is a decision committed to the discretion of the district court . . . ." *Id.* at 1552 (internal citation omitted).

Massey is 77 years old and has serious physical problems described by his treating physician, Bohdan M. Pichurko, M.D., in a sworn statement.  Doc. No. 61 (Affidavit of Bohdan M. Pichurko, M.D.).  Specifically, Dr. Pichurko avers that "requiring Mr. Massey to travel to Florida would be intentionally subjecting him to probable medical harm." *Id.* at ¶ 6.  In the absence of objection, I find that Massey's age and ill-health as described in Dr. Pichurko's affidavit are sufficient exceptional circumstances to warrant the taking of a deposition at his home, which is located in Detroit, Michigan. The Defendant and his counsel have the right to attend the deposition, and to conduct cross-examination of Massey as if at trial.  The "Procedures to be Utilized" as set forth in the motion are to be followed.

**DONE** and **ORDERED** in Orlando, Florida on this 6th day of September, 2005.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant

-2-